TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

ON REMAND

NO. 03-93-00136-CV

Brushy Creek Municipal Utility District, Appellant

v.

Texas Water Commission; City of Round Rock; First Hotel Investment Corp.;

Highland Management, Inc.; Hy-Land Joint Venture;

and Hy-Land North Joint Venture, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 92-11731, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.

Before Justices Powers, Jones and B. A. Smith

Dismissed on Joint Motion on Remand

Filed: May 15, 1996

Do Not Publish